Judge: Marc Barreca
Chapter: 13
Hearing Date: May 25, 2016
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
                   1015 State Ave. Courtroom 1
                   Marysville,WA 98270

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>DANIEL SHANE SNOW AND<br>HOLLY ANNA SNOW,<br><br>                Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 16-11097<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION |

The Trustee objects to confirmation of the debtors' plan, filed April 27, 2016 (ECF No. 13) as follows:

The debtors' plan Section XII.B states "the loan with Pioneer Credit Union includes approximately $7,500.00 which was not used to purchase the vehicle. Debtor will pay the purchase money amount in full at the referenced interest rate." The debtors should remove this sentence from the plan, and if they contest the claim of Pioneer Credit, they should object to that claim. The debtors' amended plan reduces the debtors' monthly plan payment from $1,125.00 to $940.00 beginning in May 2016. The debtors' amended Schedule J has amended the debtors' "Oregon Expenses" from $500.00 to "Work Expenses" and increased them to $685.00. The debtors will need to explain this change.

THE TRUSTEE REQUESTS:

That the Court enter an order denying confirmation of the debtors' plan, and setting deadlines for filing and noting a feasible amended plan.

Dated: May 03, 2016

                                                /s/ K. Michael Fitzgerald
                                                K. Michael Fitzgerald, WSBA #8115
                                                Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 0

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM161
jeb