Response Date: August 05, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br>DANIEL SHANE SNOW AND<br>HOLLY ANNA SNOW,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 16-11097<br><br>NOTICE OF TRUSTEE'S MOTION TO<br>DISMISS CASE AND HEARING |

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Marc Barreca                              Date: August 12, 2020
Location: **Conference Call Information**        Time: 9:00 am
**Dial: 1-888-363-4749**
**Enter Access Code: 9365479#**
**Press the # sign**
**Enter Security Code when prompted: 8574#**
**Speak your name when prompted**

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is August 05, 2020.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: July 09, 2020

/s/Jason Wilson-Aguilar
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124  Fax: (206) 624-5282

CM094  NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING    www.seattlech13.com

Judge: Marc Barreca
Chapter: 13
Hearing Date: August 12, 2020
Hearing Time: 9:00 am
Hearing Location: Telephonic

Response Date: August 05, 2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In Re:

DANIEL SHANE SNOW AND
HOLLY ANNA SNOW,

               Debtors.

IN CHAPTER 13 PROCEEDING
NO. 16-11097

TRUSTEE'S MOTION
TO DISMISS CASE

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The confirmed Plan requires annualized payments of $925.00 per month. The plan is now delinquent a total of $3,700.00 calculated through 7/9/2020.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: July 09, 2020

                                        /s/ Jason Wilson-Aguilar
                                        Jason Wilson-Aguilar
                                        Chapter 13 Trustee
                                        WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

CM093    TRUSTEE'S MOTION TO DISMISS CASE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>DANIEL SHANE SNOW AND<br>HOLLY ANNA SNOW,<br><br>                    Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 16-11097<br><br>Proposed<br>ORDER DISMISSING CASE |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

///End of Order///

Presented by:

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER DISMISSING CASE