Thomas D. Neeleman, #33980
Jennifer L. Neeleman, #37374
Angela R. Neeleman, #37421
Benjamin T. Neeleman, #51329
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: 425-212-4800
Facsimile: 425-212-4802

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| IN RE:<br><br>Holly Snow,<br><br>Debtor(s) | Case No: 16-11097<br>(FILED ELECTRONICALLY) |
|---|---|

**NOTICE OF CHANGE OF ADDRESS FOR:**

\_\_\_\_ DEBTOR     \_\_\_\_\_ ATTORNEY (BAR ID # _____ )

\_X\_ JOINT DEBTOR     \_\_\_\_\_ PLAINTIFF

\_\_\_\_CREDITOR(S)     \_\_\_\_\_ DEFENDANT

_____

**NEW ADDRESS:**

202 W Lincoln ST
Nooksack, WA 98276

REQUESTED BY:
/s/ Keven Stehl
Keven Stehl
Legal Assistant