Entered on Docket July 29, 2020

**Below is the Order of the Court.**



Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br>DANIEL SHANE SNOW and<br>HOLLY ANNA SNOW,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>No. 16-11097-MLB<br><br>AGREED ORDER RESOLVING<br>TRUSTEE'S MOTION TO DISMISS<br>CASE |
|---|---|

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 86). Based on the agreement of the parties, it is

ORDERED that:

1) The debtors are required to make the plan payment each month for the six month period beginning September 2020;

2) If the debtors fail to make any plan payment during this six month period, the Trustee may submit an *ex parte* order dismissing this case after sending electronic mail notice to debtors' counsel at emilee@expresslaw.com ten (10) days prior to the submission of this order;

3) This order does not excuse any plan payment delinquency; and

4) This order does not affect the rights of creditors or parties in interest under the terms of the debtors' plan.

/ / /End of Order/ / /

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124


Approved:

*/s/ Thomas Neeleman* [approved by email]
Thomas Neeleman, WSBA #33980
Attorney for debtors

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282