NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

The Honorable Marc Barreca
Chapter 13 Proceeding
Location: Telephonic
Hearing Date: November 25, 2020
Hearing Time: 9:00 a.m.
Response Date: November 18, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

DANIEL & HOLLY SNOW,

    Debtor(s).

Case No.: 16-11097

MOTION FOR POST-CONFIRMATION MODIFICATION OF PLAN and NOTICE OF HEARING

## NOTICE

TO: The Clerk of the Above-Entitled Court

AND TO: All creditors and the Chapter 13 Trustee

YOU ARE HEREBY NOTIFIED that a hearing on the debtors' Motion for Post-Confirmation Modification of Plan will be heard before The Honorable Marc Barreca telephonically on November 25, 2020 at 9:00 a.m. Instructions for call in are as follows:

Instructions
(1) Dial: 1-888-363-4749
(2) Enter Access Code: 9365479#
(3) Press the # sign
(4) Enter Security Code when prompted: 8574#
(5) Speak your name when prompted

If you choose to respond to this motion, you must do so by November 18, 2020 by filing a response with the Court and serving a copy of your response on debtors' counsel. If you fail to do so, the Court may enter an order granting the motion without any hearing and without any further notice to you.

## MOTION

COME NOW the debtors, Daniel & Holly Snow, by and through their attorney, Thomas D. Neeleman, and move this Court for an Order modifying their plan to be consistent with the Amended Plan attached as an Exhibit to this motion.

WHEREFORE, the debtors move the Court for an Order modifying the plan to be consistent with the Amended Plan filed 10/30/2020 filed herein.

A copy of the proposed order is attached to this motion.

Dated this 30th day of October, 2020

*/s/ Thomas D. Neeleman*
Thomas D. Neeleman
Attorney for Debtor(s)