NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

Chapter 13 Proceeding

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

DANIEL AND HOLLY SNOW,

    Debtor.

Case No.: 16-11097

DECLARATION OF DEBTORS

We, Daniel and Holly Snow, declare under penalty of perjury the following:

1) That we are the debtors in the above referenced case.

2) That during the pendency of this case, Daniel has been self-employed. That due to COVID the work was not able to be performed and he was forced to find other employment.

3) That during the transition between jobs, we have been unable to pay the payment to the Trustee.

4) That I am now employed and my income has now stabilized allowing payment to the Trustee to continue.

5) That through counsel, we have filed a motion to modify in order to reduce our monthly payments and extend our plan terms.

Declaration of Debtors

6) That we have filed an amended budget which reflects our current income and expenses at this time.

Dated this 26th day of October, 2020

/s/ Daniel Snow _____
**Daniel Snow**

**/s/ Holly Snow**
**Holly Snow**

Declaration of Debtors

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**