NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

The Honorable Marc Barreca

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>DANIEL & HOLLY SNOW,<br><br>Debtor(s). | Case No.: 16-11097<br><br>DECLARATION OF SERVICE |

I, Keven Stehl, declare under penalty of perjury, that I mailed on the 2nd of November, 2020, a true and correct copy of the Motion for Post-Confirmation Modification of Plan, Proposed Order, Amended Plan, Attorney's Application for Compensation in a Chapter 13 Case with Exhibit, and Proposed Order sent to all parties listed on the attached matrix.

Dated this 2nd of November, 2020.

/s/ Keven Stehl
Keven Stehl
Case Manager

Declaration of Service

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 ‖ F 425.212.4802

**Neeleman
Law
Group**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 16-11097-MLB<br>Western District of Washington<br>Seattle<br>Fri Oct 30 12:35:35 PDT 2020 | (p)MCCARTHY & HOLTHUS LLP<br>411 IVY STREET<br>SAN DIEGO CA 92101-2108 | Pioneer Federal Credit Union<br>Breneman Grube Orehoski, PLLC<br>1200 Fifth Avenue<br>Suite 625<br>Seattle, Wa 98101-3118 |
| SYNCHRONY BANK<br>Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>C O WEINSTEIN & RILEY, PS<br>SEATTLE,, WA 98121-3132 | U.S. Bank Trust, N.A., as Trustee for LSF9 M<br>13801 Wireless Way<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Wells Fargo Bank, N.A.<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Financial Washington 1, Inc<br>Wells Fargo Bank<br>Attention: Bankruptcy Department<br>MAC# x7801014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 | AMC Mortgage Services/Citimortgage Inc<br>Citimortgage Inc<br>Po Box 6030<br>Sioux Falls, SD 57117-6030 |
| Bank of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>c/o Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 |
| Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 19899-8801 | COMENITY CAPITAL BANK PAYPAL CREDIT<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank / Sears<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Cnh Capital America Ll<br>Attn:Bankruptcy<br>Po Box 292<br>Racine, WI 53401-0292 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Ditech Financial LLC<br>PO Box 6154<br>Rapid City SD 57709-6154 | First Mutual Savings B<br>Washington Federal<br>425 Pike St.<br>Seattle, WA 98101-2399 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| IRS<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Grube<br>1200 Fifth Avenue<br>Suite 625<br>Seattle, WA 98101-3118 | Pioneer Fed Cred Union<br>250 W 3rd S<br>Mountain Home, ID 83647-2640 |
| Pioneer Federal Credit Union<br>Joseph A. Grube<br>1200 Fifth Avenue<br>Suite 625<br>Seattle, WA 98101-3118 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 |

| | | |
|---|---|---|
| Sheffield Fn<br>Bb&T/Attn: Bankruptcy Department<br>Po Box 1847<br>Wilson, NC 27894-1847 | Sterling Savings Bank<br>Cnsmr Undrwrt/loan By Phone933<br>Spokane, WA 99201 | Synchrony Bank/ JC Penneys<br>Attn: Bankrupty<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Tahiti Village<br>Soleil Management<br>7200 Las Vegas Blvd S., Ste A<br>Las Vegas, NV 89119-4020 | U.S. Bank Trust, N.A.,<br>as Trustee<br>for LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 |
| United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | WELLS FARGO BANK<br>BUSINESS DIRECT<br>P.O. BOX 29482<br>PHOENIX, AZ 85038-9482 |
| Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo<br>Po Box 60510<br>Los Angeles, CA 90060-0510 | Wells Fargo Bank<br>525 Market St 22nd Flr<br>San Francisco, CA 94105-2744 |
| Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Financial Washington 1, Inc.<br>Wells Fargo Bank, N.A.<br>Default Document Processing<br>1000 Blue Gentian Road, N9286-01Y<br>Eagan, MN 55121-7700 | Wells Fargo Home Mtg<br>Written Corr Resolutions<br>Mac#X2302-04e Po Box 10335<br>Des Moines, IA 50306-0335 |
| Worldmark<br>10750 W. Charleston Blvd.<br>Las Vegas, NV 89135-1049 | Daniel Shane Snow<br>9920 Benson Rd<br>Lynden, WA 98264-9712 | Holly Anna Snow<br>202 W Lincoln St<br>Nooksack, WA 98276-8288 |
| Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | Thomas D Neeleman<br>Neeleman Law Group<br>1403 8th Street<br>Marysville, WA 98270-4207 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| McCarthy & Holthus, LLP<br>108 1st Avenue South, Ste. 300<br>Seattle, WA 98104 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Dell Financial Services<br>Po Box 81577<br>Austin, TX 78708 |
| Ford Credit<br>National Bankrupcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | (d)Ford Motor Credit<br>Po Box 62180<br>Colorado Springs, CO 80962 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A().   (u)Courtesy NEF   End of Label Matrix
                                                                      Mailable recipients   49
                                                                       Bypassed recipients    2
                                                                       Total                 51